IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TANIA KANGA THARALINGAM
   *Plaintiff*

                              CAUSE NO. 4:23-CV-00722

v.

NATIONSTAR MORTGAGE LLC
   *Defendant*

## STIPULATION OF DISMISSAL

COMES NOW Tania Kanga Tharalingam ("Plaintiff") and Nationstar Mortgage LLC d/b/a Mr. Cooper ("Defendant") (together, the "Parties"), and they hereby file this Stipulation of Dismissal, showing as follows:

Pursuant to F.R.C.P. 41, the Parties stipulate to dismissal of this case without prejudice, and the Parties request that an order of dismissal be entered consistent with the stated stipulation.

Dated: April 21, 2023                             Respectfully submitted,

                                                                */s/ Erick DeLaRue*
                                            Erick DeLaRue, SBN: 24103505
                                            erick.delarue@delaruelaw.com
                                            **Law Office of Erick DeLaRue, PLLC**
                                            2800 Post Oak Blvd., Ste. 4100
                                            Houston, TX 77056
                                            Telephone: 713-899-6727

                                            **ATTORNEY FOR PLAINTIFF**

                                            -and-

                                                                                         */s/ Matthew D. Durham*
                                                                                         Matthew D. Durham, SBN: 24040226
                                                                                         mdurham@mcguirewoods.com
                                                                                         **MCGUIREWOODS LLP**
                                                                                         2000 McKinney Avenue, Suite 1400
                                                                                         Dallas, Texas 75201
                                                                                         Telephone: 214.932.6400
                                                                                         Facsimile:  214.932.6499

                                                                                         **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, a true and correct copy of the foregoing was electronically filed. Notice of this filing will be sent either electronically using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this suit, or via certified mail to all parties of record.

                                                                                         */s/ Matthew D. Durham*
                                                                                         Matthew D. Durham